■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ATKINSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kuffner, J.), rendered March 14, 1983, convicting him of robbery in the first degree (two counts), and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court's charge on accomplice liability was erroneous is not preserved for appellate review *(see, People v Thomas,* 50 NY2d 467). In any event, the charge was proper *(see, People v Compitiello,* 118 AD2d 720, *lv denied* 67 NY2d 941).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's other contentions, including those raised in his *pro se* supplemental brief, are either unpreserved for appellate review or without merit. Lawrence, J. P., Weinstein, Spatt and Balletta, JJ., concur.